**REGIS FERNANDEZ, ESQ.**
7 Federal Square
Newark, NJ 07102
regisfernandez@aol.com
973-297-0002 (Tele) • 201-787-5584 (Cell)

January 27, 2026

Via ECF

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Two Federal Square
Newark, New Jersey 07101

Re:   Mora-Acosta v. Bondi, Civil No. 25-18648
      REQUEST FOR VOLUNTARY DISMISSAL OF HABEAS CORPUS PETITION

Dear Judge Martinotti:

I represent the petitioner in the above-referenced habeas matter. The purpose of this letter is to respectfully request voluntary dismissal of this matter. The Petitioner has been granted voluntary departure to Nicaragua, and the Department of Homeland Security is unable to transfer him absent a dismissal of the instant matter.

Thank you very much for Your Honor's attention to this matter.


Respectfully submitted,

s/Regis Fernandez
Regis Fernandez, Esq.
Attorney for Petitioner

Dated: January 27, 2026

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
Dated: January 28, 2026